IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH B. JONES, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 17-648 |

**O R D E R**

AND NOW, this 4th day of October, 2017, for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the case is REMANDED pursuant to 28 U.S.C. § 1447(c), to the Court of Common Pleas of Philadelphia County. The Clerk of Court shall mark this case closed and the parties shall each bear their own costs.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.